# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

STEVEN SIMONIS,
    Movant,

v.

POINTE CONCEPTION MEDICAL, INC.,
    Respondent.

No. 3:10-mc-0175 (SRU)

## CONFERENCE MEMORANDUM

On November 19, 2010, I held a telephone conference on the record with Gene Winter and Stephen Ball, representing the movant, Steven Simonis, and Marc Karish, representing the respondent, Pointe Conception Medical, Inc. The purpose of the conference was to consider the movant's motion to quash a subpoena.

The motion to quash is **DENIED**. The question of whether the witness is an appropriate one is better answered by the district judge presiding over this case. Any issues of privilege can be addressed by objections at the deposition. Furthermore, the respondent indicated that it would provide the correct witness fees when serving a substitute subpoena.

It is so ordered.

Dated at Bridgeport, Connecticut, this 19th day of November, 2010.

                                                /s/ Stefan R. Underhill
                                                Stefan R. Underhill
                                                United States District Judge